# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| JENNIFER ANN JASMAIN<br>f/k/a Duane Leroy Fox**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00201-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ROY LINSENBY, et al.**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2021 Memorandum of Decision and Order.

September 13, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court